IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION

STEVEN R. BERNARD                                      PLAINTIFF

           v.          Civil No. 06-3011

SIMMONS FIRST NATIONAL BANK;
RAMSAY, BRIDGEFORTH, HARRELSON
AND STARLING, LLP; ROSALIND M.
MOUSER; JANE DOE; JOHN DOE;
ONE UP                                                DEFENDANTS

                       **O R D E R**

Now on this 16th day of October, 2006, comes on for consideration plaintiff's **Motion For Voluntary Dismissal** (document #17), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                  /s/ Jimm Larry Hendren
                                 JIMM LARRY HENDREN
                                 UNITED STATES DISTRICT JUDGE